UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23250-CIV-UNGARO

CRAIG BERNARD TRAPP,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF CORRECTIONS, et al.,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Plaintiff's *pro se* civil rights Complaint, pursuant to 42 U.S.C. § 1983, filed on October 26, 2009. (D.E. 1.) The Court has reviewed the Plaintiff's Complaint and the pertinent portions of the record and is otherwise fully informed in the premises.

This matter was referred to Magistrate Judge Patrick A. White, who, on November 6, 2009, filed a Report recommending that the Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. (D.E. 4.) The Plaintiff failed to file objections to the Magistrate Judge's Report; the matter is now ripe for review. Accordingly, having conducted a *de novo* review of the record, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, ADOPTED, and AFFIRMED.

1

DONE and ORDERED in Chambers, at Miami, Florida this _1st_ day of December, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Craig Bernard Trapp, *pro se*